

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne Lightoller, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br>V.<br><br>JetBlue Airways Corporation<br><br>**Defendant.** | Civil Action No.  3:23-cv-00361-H-KSC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court grants Defendant's motion to dismiss. The Court dismisses Plaintiff's complaint without leave to amend for lack of subject matter jurisdiction. The case is closed.

Date:   6/12/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Mueller

J. Mueller, Deputy